| DATE: | 5/27/2021 |
|---|---|
| LOCATION: | Sherman |
| JUDGE: | Christine Nowak |
| DEP. CLERK: | K. Lee |
| RPTR/ECRO: | Digital Recording |
| USPO: | M. Petty / N. Estrada |
| INTERPRETER: | N/A |
| BEGIN/END: | 9:57 a.m. / 10:10 a.m. |
| TOTAL TIME: | |

CASE NUMBER 4:21-CR-00126-7

USA v. <u>Melonie Mechelle Jackson</u>

<u>Brent Andrus</u>
AUSA

<u>Ron Uselton</u>
Defense Attorney

---

☑ INITIAL APPEARANCE
☑ ARRAIGNMENT

---

☑ Defendant Sworn ☐ Interpreter Required

☑ Dft appears: ☐ with counsel ☑ without counsel ☐ pro se ☐ Counsel appears on behalf of defendant

☑ Date of arrest __5/26/21__ (Other district court & case #) _____

☑ Defendant ☑ advised of charges, penalties, and rights

☑ Dft first appearance with counsel ☑ CJA appointed ☐ Retained ☐ Federal Public Defender appointed
Attorney: __Ron Uselton__

☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.

☑ Defendant requests appointed counsel, is sworn and examined re: financial status.

☑ Financial affidavit executed by defendant.
The court finds the defendant is ☐ able to employ counsel ☑ unable to employ counsel.

☑ __Ron Uselton__ appointed ☐ U.S. Pub Defender _____ appointed

☐ If defendant cannot retain counsel, the Court is to be advised within ___ days so counsel may be appointed.

☑ Govt oral motion for detention ☐ Govt oral motion for continuance ☐ Oral Order granting ☐ Oral Order denying

☑ Defendant oral motion to continue detention hearing ☑ Oral Order granting ☐ Oral Order denying

☐ Arraignment set _____

☑ Detention Hrg set 6/1/21 10am before Judge Johnson in Plano ☑ Temp Detention Order Pending Hearing

☐ Ordering setting conditions of release ☐ Bond executed

☐ Defendant signed Waiver of Detention Hearing.

☑ Defendant remanded to custody of United States Marshal

☐ Defendant motion _____

- [ ] Government motion _____

_____
_____

## ARRAIGNMENT

- [x] Arraignment held
- [x] Dt appears with counsel
- [x] Dft
  - [x] sworn
  - [x] received copy of charges
  - [x] discussed charges with counsel
  - [ ] charges read
  - [x] waived reading of charges
- [x] Dft enters a plea of [x] not guilty
  To **Count 1 of the Indictment**
- [x] Pretrial Discovery and Inspection Order entered. Case set for final pretrial conferences/jury selection and trial setting on: **SDJ 8/2/21**   Pretrial Date: _____
- [x] **Rule 5f order**
- [ ] _____

- [x] Df remanded to custody USM   [ ] Dft RELEASED on conditions of release after out-processing by USM

- [ ] Recess _____